**Electronically Filed
Supreme Court
SCPW-18-0000569
30-AUG-2018
10:17 AM**

SCPW-18-0000569

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

GREGORY ARMIN SCHER, Petitioner,

vs.

THE HONORABLE GALE L.F. CHING, Judge of the Family Court of the First Circuit, State of Hawaiʻi, Respondent Judge,

and

LYDIA CHEYENNE SCHER, Respondent.

---

ORIGINAL PROCEEDING
(FC-D NO. 18-1-6961)

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of petitioner Gregory Armin Scher's petition for writ of mandamus, filed on July 17, 2018, the documents attached thereto and submitted in support thereof, and the record, it appears that, based on the current state of the family court proceedings, petitioner fails to demonstrate that he has a clear and indisputable right to the requested relief and lacks alternative means to seek relief, and that the respondent judge exceeded his jurisdiction or committed a flagrant and

manifest abuse of discretion in denying the ex parte motion. Petitioner, therefore, is not entitled to the requested writ of mandamus. See Kema v. Gaddis, 91 Hawaiʻi 200, 204-05, 982 P.2d 334, 338-39 (1999); Wong v. Fong, 60 Haw. 601, 604, 593 P.2d 386, 389 (1979). Accordingly,

IT IS HEREBY ORDERED that the petition for writ of mandamus is denied.

DATED: Honolulu, Hawaiʻi, August 30, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson



